UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 6 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**LUIS XAVIER RAEL,**<br><br>Defendant. | CRIMINAL NO. 23-1166 KWR<br><br>Count 1: 18 U.S.C. §§ 1152, 13, and N.M. STAT. ANN. § 30-6-1(D): Abandonment and Abuse of a Child, Recklessly Caused;<br><br>Count 2: 18 U.S.C. §§ 1152 and 113(a)(7): Assault Resulting in Substantial Bodily Injury to an Individual Who Has Not Attained the Age of 16 Years;<br><br>Count 3: 18 U.S.C. §§ 1152 and 113(a)(3): Assault with a Dangerous Weapon. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about June 19, 2021, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **LUIS XAVIER RAEL,** a non-Indian, and parent, guardian, and custodian of John Doe, an Indian and a minor under the age of 18, knowingly, recklessly, and without justifiable cause, struck John Doe 1 with a belt and a tree branch, causing John Doe to be placed in a situation that may have endangered the life and health of John Doe and caused John Doe to be cruelly punished.

In violation of 18 U.S.C. §§ 1152, 13, and N.M. STAT. ANN. § 30-6-1(D).

Count 2

On or about June 19, 2021, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **LUIS XAVIER RAEL**, a non-Indian, assaulted John Doe, an Indian and an individual who had not attained the age of 16 years, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1152 and 113(a)(7).

Count 3

On or about June 19, 2021, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **LUIS XAVIER RAEL**, a non-Indian, assaulted John Doe, an Indian, with dangerous weapons, specifically, a belt and a tree branch, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1152 and 113(a)(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
ecd